UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GIRMAI ZEROM,

    Petitioner,

                                                        Case No. 1:05-cv-279

v

                                                        Hon. Wendell A. Miles

DOUG VASBINDER,

    Respondent.

_____/

ORDER ON MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       On August 18, 2008, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Girmai Zerom's petition for writ of habeas corpus be denied. Petitioner was granted an extension of time until September 15, 2008 in which to file objections to the R & R. However, to date petitioner has not filed written objections.

       The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the petition and relevant portions of the record, concludes that the Magistrate Judge was correct in concluding that the petition should be denied.

       The court therefore adopts the Magistrate Judge's R & R as the decision of the court. Judgment will be entered accordingly.

       So ordered this 30th day of September, 2008.

                                                                              /s/ Wendell A. Miles
                                                                Wendell A. Miles, Senior Judge