UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GIRMAI ZEROM,

    Petitioner,

                                        Case No. 1:05-cv-279

v

                                        Hon. Wendell A. Miles

DOUG VASBINDER,

    Respondent.

_____/

## JUDGMENT

The petition for writ of habeas corpus is denied.

Entered this 30th day of September, 2008.

                                                                  /s/ Wendell A. Miles
                                                              Wendell A. Miles, Senior Judge